UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Manuel Rebollo De La Luz

                                 Plaintiff,

v.                                                       Case No.: 1:17−cv−04756
                                                      Honorable Joan B. Gottschall

Ignacio Noemi Food, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 22, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: After considering the supplemental material filed 12/22/17 [22], the court grants plaintiff's motion for court approval of settlement and dismissal of his claims [19]. Pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed with prejudice with each party to bear its own attorneys' fees and costs except as otherwise agreed. The hearing set for 1/12/18 is stricken. No appearance required. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.